ANN MODZELEWSKI ET AL. *v.* WILLIAM RAVEIS
REAL ESTATE, INC.

The defendant's petition for certification for appeal from the Appellate Court, 65 Conn. App. 708 (AC 20580/AC 21150), is denied.

KATZ, J., did not participate in the consideration or decision of this petition.

*Robert L. Albrecht,* in support of the petition.

*Patrick W. Finn,* in opposition.

Decided December 4, 2001

IN RE SHAWN S. ET AL.

The respondents' petition for certification for appeal from the Appellate Court, 66 Conn. App. 305 (AC 21192/AC 21193), is granted, limited to the following issue:

"Did the Appellate Court properly dismiss this appeal on the ground of failure to exhaust administrative remedies?"

The Supreme Court docket number is SC 16639.

*Douglas M. Crockett,* in support of the petition.

*Susan T. Pearlman,* assistant attorney general, in opposition.